PROPST, Special Concurrence:

I concur in the opinion. As a trial judge, I have a problem with obtaining a knowing and understanding waiver of appeal with respect to any potential error I might make at sentencing. This concern is not, however, applicable to a waiver of the right to seek a downward departure.